UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**REGLA FERNANDEZ,**

    **Plaintiff,**

v.                                         Case No. 6:25-cv-1525-CEM-NWH

**DUSTIN FREDRICKSON,
ELIZABETH GIBSON,
RAYMOND TRAENDLY,**

    **Defendants,**

_____/

**ORDER**

THIS CAUSE is before the Court on *sua sponte* review of Plaintiff's Complaint (Doc. 1). The United States Magistrate Judge issued a Report and Recommendation (Doc. 21), recommending that the action be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e) (*Id.* at 5).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 21) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**.

3. **On or before October 22, 2025**, Plaintiff may file an Amended Complaint and Renewed Motion to Proceed *In Forma Pauperis* that corrects the deficiencies set forth in the Report and Recommendation. Failure to do so will result in the closure of this case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on October 1, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party